UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KIRBY SPENCER,

    Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant,

2:12-cv-0167-KJD-RJJ

O R D E R

This matter is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for April 4, 2012, at 9:30 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff, Kirby Spencer, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

DATED this __22nd__ day of February, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge