1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KIRBY SPENCER, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:12-cv-167-KJD-RJJ |
| vs. | ) | |
| ENHANCED RECOVERY COMPANY, LLC., | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Plaintiff's Request to attend the hearing scheduled for April 4, 2012, by telephone conference call. *See*, Letter attached to Minute Order in Chambers (#5) as Attachment 1.

The Court having reviewed the Request (#5-1) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Request to attend the hearing scheduled for April 4, 2012, by telephone conference call is DENIED.

IT IS FURTHER ORDERED that the **hearing scheduled for April 4, 2012, is VACATED and RESCHEDULED to April 10, 2012, at 10:00 AM** in Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff, Kirby Spencer, is required to be present in court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff, Kirby Spencer, by certified mail, return receipt requested.

DATED this  14th  day of March, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge