1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10                                      * * *

11   KIRBY SPENCER,                     )

12            Plaintiff,                )        2:12-cv-167-KJD-RJJ
                                        )
13   vs.                                )
                                        )
14   ENHANCED RECOVERY COMPANY,         )              O R D E R
     LLC.,                              )
15                                      )
              Defendant,                )
16   _____)

17          This matter is before the Court on Plaintiff's Request to attend the hearing scheduled for

18   April 4, 2012, by telephone conference call. *See*, Letter attached to Minute Order in Chambers

19   (#5) as Attachment 1.

20          The Court having reviewed the Request (#5-1) and good cause appearing therefore,

21          IT IS HEREBY ORDERED that Plaintiff's Request to attend the hearing scheduled for

22   April 4, 2012, by telephone conference call is DENIED.

23          IT IS FURTHER ORDERED that the **hearing scheduled for April 4, 2012, is**

24   **VACATED and RESCHEDULED to April 10, 2012, at 10:00 AM** in Courtroom 3D, 3d floor,

25   Lloyd D. George United States Courthouse, 333 Las Vegas Blvd So., Las Vegas, Nevada.

26          IT IS FURTHER ORDERED that only Plaintiff, Kirby Spencer, is required to be present

27   in court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a

28   recommendation that this case be dismissed.

1    IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

2  Plaintiff, Kirby Spencer, by certified mail, return receipt requested.

3    DATED this __14th__ day of March, 2012.

4

5

6                                    _____

7                                    ROBERT J. JOHNSTON
                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28