# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>　　　　Defendant. | Case No. 2:12-CV-00167-KJD-RJJ<br><br>**<u>ORDER</u>** |

　　　　Before the Court is Plaintiff Kirby Spencer's Motion to Dismiss with Prejudice (#16). No opposition has been filed.

　　　　Plaintiff argues that this case should be dismissed with prejudice because the parties have reached a settlement. District of Nevada Local Rule 7-2(d) states, in relevant part: "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." D. Nev. L.R. 7-2(d). Accordingly, the Court concludes that Defendant consents to dismissal with prejudice.

**IT IS HEREBY ORDERED** that Plaintiff Kirby Spencer's Motion to Dismiss with Prejudice (#16) is **GRANTED**.

**IT IS FURTHER ORDERED THAT** this action is **DISMISSED** with **PREJUDICE**.

DATED this 29th day of August 2012.

_____
Kent J. Dawson
United States District Judge